# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139644-5

DR. KUO-CHUN CHEN,
       Plaintiff-Appellant,

v

WAYNE STATE UNIVERSITY,
       Defendant-Appellee.

_____/

SC: 139644
COA: 283420
Wayne CC: 97-728411-CZ

DR. KUO-CHUN CHEN,
       Plaintiff-Appellant,

v

WAYNE STATE UNIVERSITY, DR. JACK
LILIEN, DR. STANLEY GANGWERE, and
DR. P. DENNIS SMITH,
       Defendants-Appellees.

_____/

SC: 139645
COA: 283575
Wayne CC: 97-016809-CM

      On order of the Court, the application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk